[No. 8416–0–I.   Division One.   August 10, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
EDWARD BAKER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–00292–1, Jerome M. Johnson, J., entered
January 30, 1980. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by Swanson and Durham, JJ.

[No. 4011–9–III.   Division Three.   August 11, 1981.]

GARY N. FIELDS, ET AL, *Respondents,* v. LEWIS
R. KULCZYK, *Appellant.*

Appeal from a judgment of the Superior Court for
Lincoln County, No. 14311, Willard A. Zellmer, J., entered
May 27, 1980. *Affirmed* by unpublished opinion per Green,
J., concurred in by McInturff, C.J., and Roe, J.

[No. 7899–2–I.   Division One.   August 17, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. PIERRE
ADAIR PARENT, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. NEIL
WARREN SKENANDORE, *Appellant.*

Appeal from judgments of the Superior Court for King
County, No. 87887, Barbara J. Rothstein, J., entered
August 6, 1979. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Callow and Corbett, JJ.